# CHAPTER 11 MONTHLY OPERATING REPORT

Case No.  19-40782-JDP

Debtor  Jonathan Peirsol

Report Month/Year  Mar-20

This report is due 21 days after the end of the month. Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement. The report must be filed with the Court.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|---|---|
| UST-2A | Comparative Balance Sheet | ☐ | X |
| UST-2B | Comparative Income Statement | ☐ | X |
| UST-2C | Cash Receipts and Disbursements Statement | X | ☐ |
|  | UST-2C Continuation Sheet for Each Account | X | ☐ |
|  | Detailed List of Receipts and Disbursements for Each Account |  | X |
|  | Bank Statement for Each Account | X | ☐ |
|  | Bank Reconciliation for Each Account |  | ☐ |
| UST-2D | Supplemental Information | ☐ | X |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date:  4/12/20

Name:  Jonathan Peirsol
Signature:  *[signature]*
Title:  Debtor in Possession

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**
**(Non-Business Debtor)**

Case No. 19-40702-JMM
Debtor: Jonathan Peirsol
Report Month/Year: #### Mar-20

| | Current Month | Total Post-Petition |
|---|---|---|
| **CASH INCOME** | | |
| Net Wages | $ 5,279.11 | $ 33,024 |
| Rental Income | 2,800.00 | 16,800 |
| Sale of Assets | | |
| Post-Petition Borrowing | | |
| Other: Transfer Open | | 35 |
| Other: Mortgage Glitch | 5,561.12 | 5,561.12 |
| **TOTAL CASH INCOME** | $ 13,640.23 | $ 55,420.23 |
| **CASH EXPENSES** | | |
| Auto Loan/Lease Payments | 268.12 | 1,607.72 |
| Domestic Support Obligations | 0 | 0 |
| Insurance | 1,265.62 | 6,969.49 |
| Mortgage Payments | 2,780.56 | 16,682.96 |
| Other Secured Debt Payments | | 541.76 |
| Personal Living Expenses | 2,846.83 | 15,623.34 |
| Rent | 0 | 0 |
| Professional Fees | 0 | 0 |
| UST Quarterly Fees | | 975 |
| Other: Mortgage Glitch | 5,561.12 | 6,524.59 |
| Other: | | 767.28 |
| **TOTAL CASH EXPENSES** | $ 12,722.25 | $ 30,376.90 |
| **NET CASH INCOME** | $ 917.98 | $ 25043.33 |

United States Trustee-District of Idaho

UST-2B
Non-Business
December 2017

# Wells Fargo Everyday Checking

March 31, 2020 ■ Page 1 of 7



JON PEIRSOL
DEBTOR IN POSSESSION
CH 11 CASE # 19-40782 (ID)
466 VISTA DR
POCATELLO ID 83201-5086

## Questions?

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語  1-800-288-2288   (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,716.90 |
| Deposits/Additions | 13,640.23 |
| Withdrawals/Subtractions | - 12,722.25 |
| **Ending balance on 3/31** | **$3,634.88** |

Account number:
**JON PEIRSOL**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 19-40782 (ID)**
Idaho account terms and conditions apply

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(113)
Sheet Seq = 0053734

Scanned with CamScanner

March 31, 2020 ■ Page 2 of 7


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Purchase authorized on 02/28 Tj Maxx # 4150 Yellows Pocatello ID P00000000137714748 Card 3127 | | 10.58 | |
| 3/2 | | Purchase authorized on 02/28 Sq *Crumbl Pocatel Pocatello ID S460060092143232 Card 3127 | | 4.48 | |
| 3/2 | | Purchase authorized on 02/28 Costco Gas #1033 Pocatello ID P00300060093952450 Card 3127 | | 26.20 | |
| 3/2 | | Purchase authorized on 02/29 Jack IN The Box 60 Pocatello ID S380060672899681 Card 1384 | | 3.58 | |
| 3/2 | | Purchase authorized on 02/29 Hobbylobby 4101 Yellowsto Chubbuck ID P00300060754321622 Card 3127 | | 28.60 | |
| 3/2 | | Purchase authorized on 02/29 Chilis Pocatello ID S580061051247739 Card 3127 | | 36.02 | |
| 3/2 | | Blue Cross of ID Insur Pymt Feb 20 xxxxx3180 Peirsol, Jon R | | 203.90 | 2,403.54 |
| 3/3 | | Jbp Enterprises, Payroll 200303 01820000-0339-0 Jon Peirsol | 1,639.55 | | |
| 3/3 | | Purchase authorized on 03/02 Ace Hardware 2082328722 ID S380062748344689 Card 1384 | | 2.42 | |
| 3/3 | | Purchase authorized on 03/03 Maverik #512 Burley ID P00000000589577261 Card 1384 | | 20.21 | |
| 3/3 | | Purchase authorized on 03/03 Maverik #512 Burley ID P00000000877233754 Card 1384 | | 4.64 | |
| 3/3 | | Purchase authorized on 03/03 Tj Maxx # 4150 Yellows Pocatello ID P00000000733741092 Card 3127 | | 16.94 | |
| 3/3 | | Purchase authorized on 03/03 Wal-Mart #1995 Chubbuck ID P00000000680995839 Card 3127 | | 68.33 | |
| 3/3 | | Electronic Payme Idapower 200302 Idapwr007307692 Peirsoljon | | 75.00 | 3,855.55 |
| 3/4 | | Silver Rail Inc Deposit Dp73828889 Jonathan Peirsol | 500.00 | | |
| 3/4 | | Purchase authorized on 02/28 Utility Billing on Pocatello.US ID S300060102540668 Card 1384 | | 75.00 | |
| 3/4 | | Purchase authorized on 02/28 Utility Billing on Pocatello.US ID S300060102563650 Card 1384 | | 2.25 | |
| 3/4 | | Intermountain GA Payment 200302 0452103000 Wells Fargo | | 54.00 | 4,224.30 |
| 3/5 | | Purchase authorized on 03/03 Red Robin No 731 Chubbuck ID S300064006944211 Card 3127 | | 16.96 | |
| 3/5 | | Recurring Payment authorized on 03/04 Apple.Com/Bill 866-712-7753 CA S460064336482306 Card 1384 | | 14.99 | |
| 3/5 | | Purchase authorized on 03/04 Maverik #0347 Pocatello ID S380064558860791 Card 1384 | | 18.00 | |
| 3/5 | | Recurring Payment authorized on 03/04 Apple.Com/Bill 866-712-7753 CA S580064756013717 Card 1384 | | 0.99 | |
| 3/5 | | Purchase authorized on 03/04 1304 Hope Ave Cach Logan UT S300064774854199 Card 3127 | | 14.54 | |
| 3/5 | | Purchase authorized on 03/04 Nel's Bi Lo Pocatello ID S380065038813076 Card 1384 | | 3.35 | |
| 3/5 | | Purchase authorized on 03/05 Fred M Fu 800 Yellowst Pocatello ID P00000000676554701 Card 1384 | | 24.61 | |
| 3/5 | | Tjx Rewards Mc Tjx Epay 030320 2137171496 5243661655099542 | | 84.00 | 4,046.86 |
| 3/6 | | Purchase authorized on 03/04 Ihop 1736 0001 Logan UT S580064734910871 Card 3127 | | 21.00 | |
| 3/6 | | Purchase authorized on 03/04 Locals - UT Logan UT S300064761827937 Card 1384 | | 32.09 | |
| 3/6 | | Purchase authorized on 03/05 Sq *Main Steam Cof Pocatello ID S460065718975777 Card 1384 | | 7.89 | |
| 3/6 | | Purchase authorized on 03/06 Dollar Tr 675 Yellowst Pocatello ID P00000000131546762 Card 1384 | | 3.18 | |
| 3/6 | | Purchase authorized on 03/06 Tj Maxx # 4150 Yellows Pocatello ID P00000000574228536 Card 3127 | | 6.35 | 3,976.35 |
| 3/9 | | Jbp Enterprises, Payroll 200309 002120Fb2A90DE9 Jon Peirsol | 1,400.00 | | |
| 3/9 | | Purchase authorized on 03/06 Sport Clips - ID20 Pocatello ID S580067001964937 Card 1384 | | 49.00 | |

Scanned with CamScanner



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/9 | | Online Transfer Ref #Ib07Rmswjn to Mortgage xxxxxx9265 on 03/07/20 | | 2,780.56 | |
| 3/9 | | Purchase authorized on 03/07 Maverik #612 Perry UT P00000000873782539 Card 1384 | | 31.10 | |
| 3/9 | | Purchase authorized on 03/07 Wal-Mart Super Center North Logan UT P00000000779713450 Card 1384 | | 9.51 | |
| 3/9 | | Recurring Payment authorized on 03/08 Apple.Com/Bill 866-712-7753 CA S380068340300855 Card 1384 | | 2.99 | |
| 3/9 | | Purchase authorized on 03/08 Albertsons #0159 Pocatello ID P00580068599597701 Card 1384 | | 24.17 | |
| 3/9 | | Purchase authorized on 03/08 Dollar Tr 675 Yellowst Pocatello ID P00000000672545807 Card 3127 | | 21.73 | |
| 3/9 | | Purchase authorized on 03/09 Costco Gas #1033 Pocatello ID P00300069659858913 Card 1384 | | 26.86 | |
| 3/9 | | Purchase authorized on 03/09 Costco Whse #1033 Pocatello ID P00300069742667567 Card 3127 | | 18.01 | |
| 3/9 | | Purchase authorized on 03/09 Costco Gas #1033 Pocatello ID P00300069745578787 Card 1384 | | 22.78 | |
| 3/9 | | Purchase authorized on 03/09 WM Superc Wal-Mart Sup Chubbuck ID P00000000672046113 Card 3127 | | 19.87 | |
| 3/9 | 1012 | Check | | 80.00 | 2,289.77 |
| 3/10 | | Purchase authorized on 03/10 Tj Maxx # 4150 Yellows Pocatello ID P00000000079874058 Card 3127 | | 21.16 | |
| 3/10 | | Purchase authorized on 03/10 Fred Meye Fred Meyer 2 Pocatello ID P00000000883241034 Card 3127 | | 19.57 | 2,249.04 |
| 3/11 | | Silver Rail Inc Deposit Dp74242141 Jonathan Peirsol | 500.00 | | |
| 3/11 | | Purchase authorized on 03/10 McDonald's F16909 Smithfield UT S580070692065137 Card 1384 | | 1.08 | |
| 3/11 | | Purchase authorized on 03/10 Nel's Bi Lo Pocatello ID S580070779113436 Card 1384 | | 1.37 | |
| 3/11 | | Purchase authorized on 03/10 Albertsons #0159 Pocatello ID P00300071069997606 Card 1384 | | 12.68 | |
| 3/11 | | Purchase authorized on 03/11 Potters Sinclai Pocatello ID P00000000589118983 Card 1384 | | 24.84 | |
| 3/11 | | Tjx Rewards Mc Tjx Epay 030920 2142997580 5243661655099542 | | 110.00 | |
| 3/11 | | WF Home Mtg Auto Pay 031020 xxxxxx9265 Jon Peirsol | | 2,780.56 | -181.49 |
| 3/12 | | NSF Return Item Fee for a Transaction Received on 03/11 $2,780.56 WF Home Mtg Auto Pay 031020 xxxxxx9265 Jon Peirsol | | 35.00 | |
| 3/12 | | Mortgage Payment Reversal | 2,780.56 | | |
| 3/12 | | Wells Fargo Bank ACH MA000480925 7080093339265 | 2,780.56 | | |
| 3/12 | | Purchase authorized on 03/10 Primary Care Speci Pocatello ID S460071057344224 Card 1384 | | 35.00 | |
| 3/12 | | Purchase authorized on 03/12 Sams Club Sam's Club Idaho Falls ID P00000000087123869 Card 1384 | | 21.14 | |
| 3/12 | | American Family Webpayment 200311 000000022901Dzk Authorized By Customer | | 259.87 | 5,028.62 |
| 3/13 | | Purchase authorized on 03/12 Sq *The Beauty Bar Pocatello ID S300072596803003 Card 3127 | | 50.00 | |
| 3/13 | | Purchase authorized on 03/12 MRS Powells of Ida Ammon ID S380073035812566 Card 1384 | | 25.51 | |
| 3/13 | | Purchase authorized on 03/12 Ridley's Family Pocatello ID P00000000879285424 Card 3127 | | 12.70 | 4,940.41 |
| 3/16 | | Purchase authorized on 03/13 Nel's Bi Lo Pocatello ID S460073819841479 Card 3127 | | 4.43 | |
| 3/16 | | Purchase authorized on 03/14 Maverik #612 Perry UT P00000000489047453 Card 1384 | | 37.25 | |
| 3/16 | | Purchase authorized on 03/14 Crown Burgers Layt 801-7731700 UT S300074668510931 Card 3127 | | 14.26 | |
| 3/16 | | Purchase authorized on 03/14 Harmons at Stat Farmington UT P00000000776022933 Card 1384 | | 14.36 | |

Sheet Seq = 0053735
Sheet 00002 of 00004

Scanned with CamScanner



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/16 | | Purchase authorized on 03/14 Tj Maxx # 1136 N Main Logan UT P000000000673430498 Card 3127 | | 26.73 | |
| 3/16 | | Purchase authorized on 03/14 Chuck-A-Rama - Log Logan UT S460074858474686 Card 3127 | | 34.54 | |
| 3/16 | | Purchase authorized on 03/14 McDonald's F3411 Logan UT S460075024479331 Card 3127 | | 2.42 | |
| 3/16 | | Purchase authorized on 03/15 Lowe's #2587 Pocatello ID P003000755996974 82 Card 1384 | | 14.80 | |
| 3/16 | | Recurring Payment authorized on 03/15 Apple.Com/Bill 866-712-7753 CA S380075685785754 Card 1384 | | 0.99 | |
| 3/16 | | WF Home Mtg Retry Pymt 031020 xxxxxx9265 Jon Peirsol | | 2,780.56 | 2,010.07 |
| 3/17 | | Jbp Enterprises, Payroll 200317 01820000-0339-0 Jon Peirsol | 1,639.56 | | |
| 3/17 | | Purchase authorized on 03/15 Tst* Java Espress Pocatello ID S380075498980115 Card 1384 | | 2.36 | |
| 3/17 | | Purchase authorized on 03/16 Tj Maxx # 4150 Yellows Pocatello ID P00000000183516697 Card 3127 | | 27.54 | |
| 3/17 | | Purchase authorized on 03/17 Fred M Fu 800 Yellowst Pocatello ID P000000000875591984 Card 1384 | | 25.03 | |
| 3/17 | | Purchase authorized on 03/17 Costco Whse #1033 Pocatello ID P003800780314 98698 Card 3127 | | 102.29 | 3,492.41 |
| 3/18 | | Silver Rail Inc Deposit Dp74699937 Jonathan Peirsol | 500.00 | | |
| 3/18 | | Purchase authorized on 03/16 Double Shot - Poca Pocatello ID S460076528850484 Card 1384 | | 6.30 | |
| 3/18 | | Purchase authorized on 03/16 Butterburr'S Resta Pocatello ID S460076848204934 Card 3127 | | 32.25 | |
| 3/18 | | Purchase authorized on 03/17 Costco Gas #1033 Pocatello ID P003000780432 99952 Card 1384 | | 27.12 | |
| 3/18 | | Purchase authorized on 03/18 Sams Club Sam's Club Idaho Falls ID P000000000885212468 Card 1384 | | 20.65 | 3,906.09 |
| 3/19 | | Purchase authorized on 03/17 Blackrock Dental P 208-2325294 ID S460077712533453 Card 1384 | | 145.00 | |
| 3/19 | | Purchase authorized on 03/18 Sq *Main Steam Cof Pocatello ID S580078709968050 Card 1384 | | 4.71 | |
| 3/19 | | Purchase authorized on 03/18 Wal-Mart Super Center Chubbuck ID P000000000975835619 Card 1384 | | 152.08 | |
| 3/19 | | Purchase authorized on 03/18 Tj Maxx # 4150 Yellows Pocatello ID P000000000531587688 Card 3127 | | 18.01 | |
| 3/19 | | Purchase authorized on 03/19 Fred M Fu 800 Yellowst Pocatello ID P000000000075643911 Card 1384 | | 26.86 | |
| 3/19 | | Purchase authorized on 03/19 Fred M Fu 800 Yellowst Pocatello ID P000000000285631241 Card 1384 | | 38.84 | 3,520.59 |
| 3/20 | | Purchase authorized on 03/19 Pocatello Nissan & Pocatello ID S380079761969062 Card 1384 | | 26.34 | |
| 3/20 | | Purchase authorized on 03/20 The Home Depot #1802 Idaho Falls ID P003800804877 21172 Card 1384 | | 29.34 | |
| 3/20 | | Dish Network Dish Ntwrk 032020 9138422867 Spa Peirsol,Becky | | 102.08 | 3,362.83 |
| 3/23 | | Purchase authorized on 03/19 Access Secure Depo 866-345-1884 MO S580080086636030 Card 1384 | | 65.95 | |
| 3/23 | | Purchase authorized on 03/20 Pp*Dutchbrosll Grants Pass OR S580080491439936 Card 1384 | | 6.25 | |
| 3/23 | | Purchase authorized on 03/21 Winco Foods #117 1030 Yel Pocatello ID P003000818226 24758 Card 3127 | | 42.15 | |
| 3/23 | | Purchase authorized on 03/23 Samsclub #6345 Idaho Falls ID P000000000876136635 Card 1384 | | 21.36 | |
| 3/23 | | Delta Dental ID Deltadentl 200320 Didddp000051816 Peirsoljon | | 142.05 | 3,085.07 |
| 3/24 | | Purchase authorized on 03/22 Video Stop Pocatello ID S300082670908127 Card 3127 | | 3.15 | |
| 3/24 | | Purchase authorized on 03/23 Sq *The Beauty Bar Pocatello ID S380083773229651 Card 3127 | | 50.00 | |
| 3/24 | | Purchase authorized on 03/24 Maverik#364 Pocatello ID P000000000483629776 Card 1384 | | 14.82 | 3,017.10 |
| 3/25 | | Silver Rail Inc Deposit Dp75063483 Jonathan Peirsol | 500.00 | | |

Scanned with CamScanner

March 31, 2020 ■ Page 5 of 7


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/25 | | Purchase authorized on 03/25 Wal-Mart #2508 Boise ID P00000000275993261 Card 1384 | | 29.65 | 3,487.45 |
| 3/26 | | Purchase authorized on 03/24 Applebees Twin5025 Twin Falls ID S300084801710866 Card 1384 | | 45.89 | |
| 3/26 | | Purchase authorized on 03/25 Tst* Human Bean - Boise ID S380085540669613 Card 1384 | | 7.47 | |
| 3/26 | | Purchase authorized on 03/26 WM Superc Wal-Mart Sup Idaho Falls ID P000000000076371996 Card 1384 | | 18.94 | |
| 3/26 | | Purchase authorized on 03/26 Fred Meye Fred Meyer 2 Pocatello ID P00000000030877875 Card 1384 | | 66.34 | 3,348.81 |
| 3/27 | | Jbp Enterprises, Payroll 200327 002120Fb2A90DE9 Jon Peirsol | 1,400.00 | | |
| 3/27 | | Purchase authorized on 03/24 Chick-Fil-A #03084 Meridian ID S380085063275840 Card 3127 | | 14.95 | |
| 3/27 | | Purchase authorized on 03/25 Red Robin No 730 Twin Falls ID S460085669515265 Card 3127 | | 42.05 | |
| 3/27 | | Purchase authorized on 03/26 Pp*Dutchbrosll Grants Pass OR S380086547675612 Card 1384 | | 6.25 | 4,685.56 |
| 3/30 | | Purchase authorized on 03/28 Double Shot - Poca Pocatello ID S300088490708881 Card 1384 | | 6.30 | |
| 3/30 | | Purchase authorized on 03/28 Sq *Jonahs Sign Ogden UT S380088711984013 Card 1384 | | 75.00 | |
| 3/30 | | Purchase authorized on 03/28 Dillards 931 Newgate M Ogden UT P00000000179300028 Card 1384 | | 10.71 | |
| 3/30 | | Purchase authorized on 03/28 Chick-Fil-A #02497 Riverdale UT S460088770253742 Card 3127 | | 15.37 | |
| 3/30 | | Purchase authorized on 03/28 Farr West Jumbo Bu Farr West UT S380088785538036 Card 3127 | | 6.22 | |
| 3/30 | | Purchase authorized on 03/28 McDonald's F17863 Farr West UT S380088789010853 Card 3127 | | 4.22 | |
| 3/30 | | Purchase authorized on 03/28 Maverik #612 Perry UT P00000000585295800 Card 1384 | | 24.21 | |
| 3/30 | | Purchase authorized on 03/28 Fred Meye Fred Meyer 2 Pocatello ID P00000000474793644 Card 1384 | | 36.89 | |
| 3/30 | | Purchase authorized on 03/29 Wal-Mart #1995 Chubbuck ID S460089525071481 Card 1384 | | 4.59 | |
| 3/30 | | Purchase authorized on 03/29 Costco Whse #1033 Pocatello ID P00380089646160312 Card 3127 | | 24.35 | |
| 3/30 | | Purchase authorized on 03/29 Wal-Mart #1995 Chubbuck ID P00000000676382843 Card 3127 | | 1.94 | |
| 3/30 | | Purchase authorized on 03/29 Wal-Mart #1995 Chubbuck ID P00000000584193549 Card 1384 | | 1.83 | |
| 3/30 | | Purchase authorized on 03/30 Wal-Mart #5494 Idaho Falls ID P00000000575217214 Card 1384 | | 21.64 | |
| 3/30 | | Purchase authorized on 03/30 Sams Club Sam's Club Idaho Falls ID P00000000634510163 Card 1384 | | 16.11 | |
| 3/30 | | Purchase authorized on 03/30 WM Superc Wal-Mart Sup Chubbuck ID P00000000179807727 Card 1384 | | 12.14 | |
| 3/30 | | New York Life Ins. Prem. Mar 20 48 252 634 Jon Ryan Peirsol | | 455.00 | |
| 3/30 | | Tjx Rewards Mc Tjx Epay 032720 9862572 5243661655099542 | | 100.00 | 3,869.04 |
| 3/31 | | Purchase authorized on 03/28 Amzn Mktp US*Cv8Fn Amzn.Com/Bill WA S380088701210276 Card 1384 | | 26.40 | |
| 3/31 | | Purchase authorized on 03/29 Tst* Java Espress Pocatello ID S580089498253777 Card 1384 | | 3.86 | |
| 3/31 | | Blue Cross of ID Insur Pymt Mar 20 xxxxx3180 Peirsol, Jon R | | 203.90 | 3,634.88 |
| Ending balance on 3/31 | | | | | 3,634.88 |
| Totals | | | $13,640.23 | $12,722.25 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

Sheet Seq = 0053736
Sheet 00003 of 00004

Scanned with CamScanner