UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

IN RE:                            )

                                )   Case No. 19-40782

JONATHAN PEIRSOL       )

                                )   Chapter 11

                                )

          Debtor in Possession.   )

                                )

----------------------------------------------------------------------------------------------

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

----------------------------------------------------------------------------------------------

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by Debtor on _____, referring to a plan under Chapter 11 of the code filed by Debtor on the same date; and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information;

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

A.    The Disclosure Statement filed by Debtor on _____, was approved.

B.    _____ is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

C.    If acceptances are filed for more than one plan preferences among the plans so accepted may be indicated.

D.    _____ is fixed as the last day for filing and serving pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1) written objections to confirmation of the plan.

E.    Any objections must be sent to the United States Bankruptcy Court, 801 E. Sherman, Pocatello, Idaho 83201, and to Aaron J. Tolson, Esq., 2677 E. 17th Street, Suite 300, Ammon, ID

**EXHIBIT A**

83406, and to the United States Trustee, 304 N. 8ᵗʰ St., Suite 347, Boise, Idaho, 83701.

      F.      The hearing on the confirmation of the plan shall occur on _____ at _____

o'clock at the U.S. Bankruptcy Court, 801 E. Sherman, Pocatello, Idaho 83201. //end of text//

Respectfully submitted:
/s/ Aaron J. Tolson
Tolson & Wayment, PLLC
Counsel for Debtor

)