Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-40782 |
| JONATHAN PEIRSOL | ) |
| | ) Chapter 11 |
| Debtor in Possession. | ) |
| | ) |

**BALLOT FOR ACCEPTING OR REJECTING PLAN**

The plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interest in each class voting on the plan. In the event the requisite acceptance are not obtained, the Court may nevertheless confirm the plan if the Court finds that the plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**To have your vote count you must complete and return this ballot.**

[*If holder of general claim*] The undersigned, a creditor of the above-named Debtor in the unpaid principal amount of $_____, or

[*If bondholder, debenture holder, or other debt security holder*] The undersigned, the holder of [state unpaid principal amount] $_____ of [describe security] _____

1 - BALLOT FOR ACCEPTING OR REJECTING PLAN

EXHIBIT C

of the above named Debtor, with a stated maturity date of _____. [if applicable]

registered in the name of _____, [if applicable] bearing serial number(s)

_____.

  **Check one box:**  [ ] **Accepts**  [ ] **Rejects**

the plan for the reorganization of the above named Debtor.

Print or type name of business: _____

|  |  |  |
|---|---|---|
| (If appropriate) | Signed: | _____ |
|  | By: | _____ |
|  | As: | _____ |
|  | Address: | _____ |

**This ballot must be returned to the below address on or before** _____.

Aaron J. Tolson
TOLSON & WAYMENT
2677 E. 17th Street Ste 300
Ammon, ID 83406

)

2 - BALLOT FOR ACCEPTING OR REJECTING PLAN