# District of Idaho
# Claims Register

### 19-40782-JDP Jonathon Peirsol

| | | | |
|---|---|---|---|
| **Judge:** Jim D Pappas | | **Chapter:** 11 | |
| **Office:** Pocatello | | **Last Date to file claims:** 12/19/2019 | |
| **Trustee:** | | **Last Date to file (Govt):** 02/12/2020 | |

| Creditor: (5053877)<br>IRS<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 1<br>Original Filed Date: 08/22/2019<br>Original Entered Date: 08/22/2019<br>Last Amendment Filed: 12/05/2019<br>Last Amendment Entered: 12/05/2019 | Status:<br>Filed by: CR<br>Entered by: irsboise Internal Revenue Service<br>Modified: |
|---|---|---|

| Amount | claimed: | $913.52 |
|---|---|---|
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |

**History:**

| Details | | 1-1 | 08/22/2019 | Claim #1 filed by IRS, Amount claimed: $2318.83 (Internal Revenue Service, irsboise) |
|---|---|---|---|---|
| Details | | 1-2 | 12/05/2019 | Amended Claim #1 filed by IRS, Amount claimed: $913.52 (Internal Revenue Service, irsboise) |

Description:
Remarks:

| Creditor: (5056746)<br>Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 2<br>Original Filed Date: 08/27/2019<br>Original Entered Date: 08/27/2019 | Status:<br>Filed by: CR<br>Entered by: aboswell American InfoSource<br>Modified: |
|---|---|---|

| Amount | claimed: | $17224.44 |
|---|---|---|

**History:**

| Details | | 2-1 | 08/27/2019 | Claim #2 filed by Capital One Bank (USA), N.A., Amount claimed: $17224.44 (American InfoSource, aboswell) |
|---|---|---|---|---|

Description:
Remarks:

)

**EXHIBIT D**

| Creditor: (5059018)<br>Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700 | **Claim No: 3**<br>Original Filed Date: 09/04/2019<br>Original Entered Date: 09/04/2019 | Status:<br>Filed by: CR<br>Entered by: Gilbert Yabes<br>Modified: |
|---|---|---|
| Amount claimed: $328100.31 | | |
| Secured claimed: $328100.31 | | |

History:
| Details | 3-1 | 09/04/2019 | Claim #3 filed by Wells Fargo Bank, N.A., Amount claimed: $328100.31 (Yabes, Gilbert) |

Description: (3-1) 9265
Remarks:

| Creditor: (5061489)<br>U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | **Claim No: 4**<br>Original Filed Date: 09/12/2019<br>Original Entered Date: 09/12/2019 | Status:<br>Filed by: CR<br>Entered by: jblum US Bank National Association<br>Modified: |
|---|---|---|
| Amount claimed: $1335.32 | | |

History:
| Details | 4-1 | 09/12/2019 | Claim #4 filed by U.S. Bank National Association, Amount claimed: $1335.32 (US Bank National Association, jblum) |

Description: (4-1) USBCRD1940782ID400009189
Remarks:

| Creditor: (5062402)<br>Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix AZ 85038-8650 | **Claim No: 5**<br>Original Filed Date: 09/16/2019<br>Original Entered Date: 09/16/2019 | Status:<br>Filed by: CR<br>Entered by: dmendez Wells Fargo Bank, N.A.<br>Modified: |
|---|---|---|
| Amount claimed: $47855.64 | | |

History:
| Details | 5-1 | 09/16/2019 | Claim #5 filed by Wells Fargo Bank, N.A., Amount claimed: $47855.64 (Wells Fargo Bank, N.A., dmendez) |

Description: (5-1) 619239554
Remarks:

History:
| Details | 6-1 | 09/16/2019 | Claim #6 filed by Wells Fargo Bank, N.A., Amount claimed: $6359.30 (Wells Fargo Bank, N.A., dmendez) |

Description: (6-1) 632753276
Remarks:

| Creditor: (5062402)<br>Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>Phoenix AZ 85038-8650 | **Claim No: 6**<br>Original Filed Date: 09/16/2019<br>Original Entered Date: 09/16/2019 | Status:<br>Filed by: CR<br>Entered by: dmendez Wells Fargo Bank, N.A.<br>Modified: |
|---|---|---|

| Amount claimed: | $6359.30 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 6-1 | 09/16/2019 | Claim #6 filed by Wells Fargo Bank, N.A., Amount claimed: $6359.30 (Wells Fargo Bank, N.A., dmendez) |

Description: (6-1) 632753276

Remarks:

| Creditor: (5064981)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 7**<br>Original Filed Date: 09/23/2019<br>Original Entered Date: 09/23/2019 | Status:<br>Filed by: CR<br>Entered by: eredmond Becket & Lee LLP<br>Modified: |
|---|---|---|

| Amount claimed: | $2326.33 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 7-1 | 09/23/2019 | Claim #7 filed by American Express National Bank, Amount claimed: $2326.33 (Becket & Lee LLP, eredmond) |

Description:

Remarks:

| Creditor: (5065628)<br>J&J Chemical, Inc.<br>c/o Wayne Klein, Plan Administrator<br>PO Box 1836<br>Salt Lake City, UT 84110 | **Claim No: 8**<br>Original Filed Date: 09/24/2019<br>Original Entered Date: 09/24/2019 | Status:<br>Filed by: CR<br>Entered by: Jason Ronald Naess<br>Modified: |
|---|---|---|

| Amount claimed: | $638517.91 | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 09/24/2019 | Claim #8 filed by J&J Chemical, Inc., Amount claimed: $638517.91 (Naess, Jason) |

Description:

Remarks:

| | | | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 09/27/2019 | Claim #9 filed by American Express National Bank, Amount claimed: $7792.31 (Becket & Lee LLP, eredmond) |

Description:

Remarks:

| Creditor: (5064981)<br>American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 9**<br>Original Filed Date: 09/27/2019<br>Original Entered Date: 09/27/2019 | Status:<br>Filed by: CR<br>Entered by: eredmond Becket & Lee LLP<br>Modified: |
|---|---|---|

| Amount | claimed: | $7792.31 | | |
|---|---|---|---|---|

History:

| Details | | 9-1 | 09/27/2019 | Claim #9 filed by American Express National Bank, Amount claimed: $7792.31 (Becket & Lee LLP, eredmond) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor: (5069488)<br>Advantage Plus Federal C.U.<br>PO Box 4610<br>Attention: Brooke<br>Pocatello, ID 83205 | **Claim No: 10**<br>Original Filed Date: 10/03/2019<br>Original Entered Date: 10/03/2019 | Status:<br>Filed by: CR<br>Entered by: pdr<br>Modified: |
|---|---|---|

| Amount | claimed: | $17152.12 | | |
|---|---|---|---|---|
| Secured | claimed: | $17152.12 | | |

History:

| Details | | 10-1 | 10/03/2019 | Claim #10 filed by Advantage Plus Federal C.U., Amount claimed: $17152.12 (pdr) |
|---|---|---|---|---|

Description:

Remarks:

| Creditor: (5079696)<br>Phillip L. Quayle<br>PO Box 103<br>Parker, ID 83438 | **Claim No: 11**<br>Original Filed Date: 11/07/2019<br>Original Entered Date: 11/07/2019 | Status:<br>Filed by: CR<br>Entered by: pdr<br>Modified: |
|---|---|---|

| Amount | claimed: | $75000.00 | | |
|---|---|---|---|---|

History:

| Details | | 11-1 | 11/07/2019 | Claim #11 filed by Phillip L. Quayle, Amount claimed: $75000.00 (pdr) |
|---|---|---|---|---|

Description:

Remarks:

History:

| Details | | 12-1 | 11/21/2019 | Claim #12 filed by Ascentium Capital LLC, Amount claimed: $71170.16 (admin) |
|---|---|---|---|---|

Description:

Remarks: (12-1) Account Number (last 4 digits):3364

| Creditor: (5083070)<br>Ascentium Capital LLC<br>23970 Hwy 59N<br>Kingwood, TX 77339-1535 | **Claim No: 12**<br>Original Filed Date: 11/21/2019<br>Original Entered Date: 11/21/2019 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|
| Amount claimed: $71170.16 | | |
| History: | | |
| Details  12-1  11/21/2019 Claim #12 filed by Ascentium Capital LLC, Amount claimed: $71170.16 (admin) | | |
| Description: | | |
| Remarks: (12-1) Account Number (last 4 digits):3364 | | |

| Creditor: (5087199)<br>Silver Rail, Inc.<br>c/o Aaron J. Tolson<br>2677 E. 17th Street Ste 300<br>Ammon, ID 83406 | **Claim No: 13**<br>Original Filed Date: 12/09/2019<br>Original Entered Date: 12/09/2019 | Status:<br>Filed by: AT<br>Entered by: Aaron J Tolson<br>Modified: |
|---|---|---|
| Amount claimed: $30258.00 | | |
| History: | | |
| Details  13-1  12/09/2019 Claim #13 filed by Silver Rail, Inc., Amount claimed: $30258.00 (Tolson, Aaron) | | |
| Description: | | |
| Remarks: | | |

| Creditor: (5089677)<br>HYUNDAI CAPITAL AMERICA DBA<br>KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | **Claim No: 14**<br>Original Filed Date: 12/18/2019<br>Original Entered Date: 12/18/2019 | Status:<br>Filed by: CR<br>Entered by: kjackson1 Hyundai Capital America<br>Modified: |
|---|---|---|
| Amount claimed: $11756.92 | | |
| Secured claimed: $11756.92 | | |
| History: | | |
| Details  14-1  12/18/2019 Claim #14 filed by HYUNDAI CAPITAL AMERICA DBA, Amount claimed: $11756.92 (Hyundai Capital America, kjackson1) | | |
| Description: (14-1) 2014 Kia Optima 5XXGR4A64EG338893 | | |
| Remarks: | | |

| History: |
|---|
| Details  15-1  12/18/2019 Claim #15 filed by HYUNDAI CAPITAL AMERICA DBA, Amount claimed: $6281.38 (Hyundai Capital America, kjackson1) |
| Description: (15-1) 2014 Kia Sportage KNDPCCA69E7667304 |
| Remarks: |

| Creditor: (5089677)<br>HYUNDAI CAPITAL AMERICA DBA<br>KIA MOTORS FINANCE<br>PO BOX 20825<br>FOUNTAIN VALLEY, CA 92728 | **Claim No: 15**<br>Original Filed<br>Date: 12/18/2019<br>Original Entered<br>Date: 12/18/2019 | Status:<br>Filed by: CR<br>Entered by: kjackson1 Hyundai Capital America<br>Modified: |
|---|---|---|
| Amount claimed: $6281.38 | | |
| Secured claimed: $6281.38 | | |

| History: | | | | |
|---|---|---|---|---|
| Details | ○ | 15-1 | 12/18/2019 | Claim #15 filed by HYUNDAI CAPITAL AMERICA DBA, Amount claimed: $6281.38 (Hyundai Capital America, kjackson1) |

Description: (15-1) 2014 Kia Sportage KNDPCCA69E7667304

Remarks:

## Claims Register Summary

**Case Name:** Jonathon Peirsol
**Case Number:** 19-40782-JDP
**Chapter:** 11
**Date Filed:** 08/16/2019
**Total Number Of Claims:** 15

| Total Amount Claimed* | $1262043.66 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| Secured | $363290.73 | |
| Priority | $0.00 | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/06/2020 13:40:59 | | | |
| PACER Login: | aaronokie:2897825:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 19-40782-JDP Filed or Entered From: 1/1/1990 Filed or Entered To: 3/6/2020 |
| | 2 | Cost: | 0.20 |

| Billable Pages: | | | |
|---|---|---|---|