

Scanned with C.    EXHIBIT G