**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In re:

**JONATHON PEIRSOL**,

Debtor.

Case No. 19-40782 JDP

Chapter 11

**ORDER CONVERTING CASE TO CHAPTER 7**

The hearing on Acting United States Trustee's Motion to Convert Case or to Dismiss ("Motion") having come before the Court on May 26, 2020. The Court having heard the representations and arguments of the parties present and the Court having stated its findings of fact and conclusions of law on the record, now therefore

**IT IS HEREBY ORDERED** that Acting United States Trustee's Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that this case is **CONVERTED** to a case under Chapter 7, effective May 26, 2020.

# End of Text #

DATED: May 27, 2020

Jim D. Pappas
U.S. Bankruptcy Judge

Submitted by
John T. Morgan
Attorney for Acting United States Trustee