David W. Gadd, ISB# 7605
Romeo "Kade" Beorchia, ISB# 9617
WORST, STOVER, GADD & SPIKER, PLLC
905 Shoshone Street North
P.O. Box 1428
Twin Falls, ID 83303-1428
Telephone: (208) 736-9900
Facsimile (208) 736-9929
dwg@magicvalleylaw.com
rkb@magicvalleylaw.com

*Attorney for Gary L. Rainsdon, Trustee*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: <br><br> JONATHON PEIRSOL, <br><br> Debtors. | Case No. 19-40782-JDP <br> (Chapter 7) |
|---|---|

**TRUSTEE'S MOTION FOR TURNOVER OF RECORDS**

> Notice of Motion for Turnover of Records
> and Opportunity to Object and for a Hearing
>
> <u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.
>
> If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.
>
> <u>Objection.</u>  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served upon the movant.
>
> <u>Hearing on Objection.</u>  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**TRUSTEE'S MOTION FOR TURNOVER OF RECORDS – Page 1**

COMES NOW Gary L. Rainsdon, the Trustee ("Trustee") in the above-titled matter, by and through his attorney, R. Kade Beorchia, and hereby moves this Court, pursuant to 11 USC § 542, for an order directing Jonathon Peirsol, Debtor in the above-titled matter, to turn over to the Trustee for his review and inspection a copy of all records listed on **Exhibit A** and **Exhibit B** hereto.

Debtor filed a petition for bankruptcy relief under Chapter 11 of the Code on August 16, 2019.  Upon motion by the United States Trustee, Debtor's case was converted to one under Chapter 7 on May 26, 2020 and Trustee was appointed to administer Debtor's bankruptcy estate.

Trustee has requested many of the records that are the subject of this motion previously. To aid in preparing for Debtor's § 341 meeting, on July 9, 2020, Trustee requested the documents listed in **Exhibit A** to be provided by July 17, 2020 (the highlighted portions of **Exhibit A** were added to provide clarity).  Debtor provided only a portion of the requested documents.  On July 24, 2020, Debtor's 341 meeting was conducted.  During that meeting, Debtor agreed to provide addition documents and information, a list of which is attached at **Exhibit B**, by August 8, 2020.  Debtor's § 341 meeting was continued to August 21, 2020.

In order to aid Trustee in expeditiously administering Debtor's bankruptcy estate, Trustee respectfully requests an Order requiring Debtor to provide Trustee with a complete copy of all documents and information listed in **Exhibit A** and **Exhibit B** hereto.

DATED this 29th day of July, 2020.

                 WORST, STOVER, GADD & SPIKER, PLLC

                 By:  /s/   *R. Kade Beorchia*
                   R. Kade Beorchia
                   Attorney for Gary L. Rainsdon, Trustee

**TRUSTEE'S MOTION FOR TURNOVER OF RECORDS – Page 2**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 29th day of July, 2020, the foregoing was electronically filed through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Lesley Bohleber** ecfidb@aldridgepite.com, llueke@ecf.courtdrive.com

- **Daniel C Green** dan@racinelaw.net, mcl@racinelaw.net

- **John T Morgan** john.t.morgan@usdoj.gov

- **Jason Ronald Naess** jason@pmt.org

- **Rhett Michael Miller** rhett@pmt.org

- **Gary L Rainsdon** trustee@filertel.com, id12@ecfcbis.com, lori@filertel.com, cblackburn@filertel.com, jhancock@filertel.com

- **Aaron J Tolson** ajt@aaronjtolsonlaw.com

- **US Trustee** ustp.region18.bs.ecf@usdoj.gov

              */s/ R. Kade Beorchia*
              R. Kade Beorchia

**TRUSTEE'S MOTION FOR TURNOVER OF RECORDS – Page 3**

# EXHIBIT A

1. Copies of all statements for financial institution accounts of any kind (the term <u>financial institution</u> should be considered to include any and all companies which transact financial type accounts, including but not limited to checking, savings, credit, debit, investment, retirement, factoring, brokerage, etc.), which Debtor or his wife's name appears or which they have/had signing authority (including company accounts), covering the period of January 1, 2018, to the present, including documentation/explanation of the sources of all deposits (from whom received and why), and uses of all withdrawals (to whom and why) of $500.00 or more.

2. Copies of all Federal and State income tax returns and/or tax extension applications, covering the tax year periods of 2017 through 2019, for the Debtor, his wife, and all companies in which they own or have/had an interest.

3. Documentation of all cash flow, including but not limited to all statements for financial institution accounts, from January 1, 2019 to the present for Debtor and his wife, and any and all companies owned by the Debtor or his wife or in which they own or have/had an interest, and any company in which the Debtor or his wife have been an officer or director.

4. Copies of all data files and passwords for any electronic bookkeeping systems for the Debtor, his wife, and all companies owned by the Debtor or his wife or in which they own or have/had an interest.

5. Details of all assets and debts, for any and all companies owned by the Debtor or his wife or in which they own or have/had an interest, for the period of 4 years prior to the bankruptcy filing up through the present.

6. Copy of the property lease agreement for 50 N. Ash, Blackfoot, Idaho, between the Debtor and JBP Enterprises, or any other renter that currently occupies the building.

7. The amount of $5,210.44, which was in the Wells Fargo bank savings account x8487 on the date of conversion (5/27/2020).

8. All rents received for the rental property, located at 50 N. Ash, Blackfoot, Idaho, since the date of conversion (5/27/2020).

9. All documentation related to any and all real properties owned by the Debtor or his wife, or in which they own or have/had an interest, including but not limited to proof of ownership, lease agreements, income, and insurance coverage.

10. All keys used to secure the commercial building, located at 50 N. Ash, Blackfoot, Idaho.

**TRUSTEE'S MOTION FOR TURNOVER OF RECORDS – Page 4**

## EXHIBIT B

1. Documentation of any and all payments of $6,000.00 or more paid to anyone by the debtor or his wife, covering the period of 90 days prior to the initial bankruptcy filing through the August 16, 2019 petition date.

2. Copy of the promissory note regarding the loan agreement between the Debtor and Tevin Peirsol, including but not limited to all documents related to the agreement and all records of repayments.

3. Contact address and phone number for Matt Peirsol.

4. Contact address and phone number for Tevin Peirsol.

5. Copies of all contracts and/or agreements with TNT Fireworks, including but not limited to all related documents and company financial statements, covering the period August 16, 2015 to the present.

6. All documents related to the ownership of atm machine(s).

7. Debtor to review and amend Schedules D and E/F to correctly provide dates of debts incurred, why each debt was incurred, and all other incomplete details.

8. Debtor to review/amend Schedules to correctly list **All** assets owned by debtor or his wife, and to ensure that the Schedules are complete, true, and correct.

9. All documents related to the ownership and/or operations of Silver Rail Inc., or it's DBA Club Charley's, including but not limited to, a list of all assets and liabilities, and documentation of all cash flow covering the period of 2 years priors to the bankruptcy filing to the present.

10. All documents related to the ownership, sale, and disposal/use of the sale proceeds for the property located at 3796 East Greenwillow, Idaho Falls, Idaho.

11. All documents related to ownership of the property located at 331 East Center Street, Pocatello, Idaho, including all documents related to any money owed against the property.

**TRUSTEE'S MOTION FOR TURNOVER OF RECORDS – Page 5**