## United States Bankruptcy Court
### District of Idaho

In re  **Jonathan Peirsol**                                                   Case No.  **19-40782-JDP**
                                   Debtor(s)                                  Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:  **September 22, 2020**          **/s/ Jonathan Peirsol**
                                       **Jonathan Peirsol**
                                       Signature of Debtor

.

```
Advantage Plus FCU
2133 E Center St
Pocatello, ID 83201



Advantage Plus FCU
Attn: Brooke
PO BOX 4610
Pocatello, ID 83205



American Express National
c/o Becket and Lee LLP
PO BOX 3001
Malvern, PA 19355-0701



Amex
PO BOX 297871
Fort Lauderdale, FL 33329



Becky Peirsol
466 Vista Drive
Pocatello, ID 83201



Blaser, Oleson   Lloyd Ch
209 NW Main
Blackfoot, ID 83221
```

```
Blaser, Oleson   Lloyd Ch
PO BOX 1047
Blackfoot, ID 83221


Deaton   Co Chartered
215 N 9th Ave
Pocatello, ID 83201


Division Parole   Probation
215 E. Bonanza Rd
Las Vegas, NV 89101


Easton K. Harris
Denver, CO



IRS
PO Box 7346
Philadelphia, PA 19101-7346


J   J Chemical, Inc.
50 N. Ash Street
Blackfoot, ID 83221
```

```
KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728


Lisa Ashby
1828 S. Fairway Drive
Pocatello, ID 83201


Lisa Ashby
600 Dotsy Avenue #16
Odessa, TX 79763


New York Life Insurance
PO BOX 130539
Dallas, TX 75313


Phillip L. Quayle
20 N. Pine Street
PO BOX 103
Parker, ID 83438


Sallie Mae Bank, Inc.
PO BOX 3329
Wilmington, DE 19804
```

```
Tevin Peirsol
689 Thurber Drive
Columbus, OH 43215



Wayne Klein
Klein  Associates PLLC
PO Box 1836
Salt Lake City, UT 84110



Wells Fargo
c/o Aldridge Pite LLP
PO BOX 17933
San Diego, CA 92177-0933



Wells Fargo Bank
Default Document Processing
1000 Blue Gentian Road
Saint Paul, MN 55121-7700



Wells Fargo Hm Mortgage
7495 New Herizon Way
Frederick, MD 21703



Wells Fargo Hm Mortgage
84802 Stage Coach Circle
Frederick, MD 21701
```