GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Jonathon Peirsol,** | ) | Case No. 19-40782-JDP |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**Trustee's Objection to Claim and Notice**

**TO:**   **Lisa Ashby, Individual**
        **1828 S. Fairway**
        **Pocatello, ID  83201**

### NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that the Trustee has filed an objection to the allowance of your claim (claim #17) filed on July 16, 2020 in this bankruptcy case.  Account or other number that identifies the debtor(s):

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest with the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed.  File the original (1) with the Clerk of the U.S. Bankruptcy Court, Federal Building, 801 E. Sherman, Pocatello, ID 83201, and (2) a copy with the Trustee.  *If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty (30) day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day

period.  Failure to file a written reply will result in the Trustee requesting that the Court enter an Order disallowing the claim to the extent objected to.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

### OBJECTION

1. Claimant is not entitled to priority status under 11 U.S.C § 507(a).  Claim appears to be a judgment, with monetary award for funds owed to creditor, rather than those specific categories of claims identified in 11 U.S.C. § 507(a). Trustee recommends approval as a general unsecured claim in the amount of $92,500.00.

**Dated this December 22, 2020**

/s/
GARY L. RAINSDON, Trustee

### CERTIFICATE OF MAILING

I hereby certify that on December 22, 2020 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Matthew George Bennett**   mbennett@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com
- **Romeo Kade Beorchia**   rkb@magicvalleylaw.com
- **Daniel C Green**   dan@racinelaw.net, mcl@racinelaw.net
- **Rhett Michael Miller**   rhett@pmt.org
- **John T Morgan**   john.t.morgan@usdoj.gov
- **US Trustee**   ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Lisa Ashby, Individual
1828 S. Fairway
Pocatello, ID  83201

Aaron J Tolson
Tolson & Wayment, PLLC
2677 E. 17th Street, Ste 300
Ammon, ID  83406

Worst, Stover, Gadd & Spiker PLLC
905 Shoshone St N
Twin Falls, ID 83301
Silver Rail, Inc.

Via certified mail, return receipt requested, addressed as follows:
None

/s/
GARY L. RAINSDON, Trustee

```
Objection to Claim
Page 2
```