GARY L. RAINSDON, TRUSTEE
PO Box 506
Twin Falls, ID 83303
PHONE:  (208) 734-1180
FAX:     (208) 734-2783
trustee@filertel.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Johnathon Peirsol,  )  CHAPTER 7
                    )
                    )  CASE NO. 19-40782-JDP
        Debtor.     )

REPORT OF SALE BY TRUSTEE

The Trustee has sold the following property of the estate and pursuant to Bankruptcy Rule 6004(f)(1) makes this report of sale.

1. <u>DESCRIPTION OF PROPERTY SOLD</u>:

   Common Address: 50 North Ash St, Blackfoot, ID 83221

   Legal Description: LOT 16 BLOCK 32 OF THE LEWIS AND DANIELSON ADDITION TO THE CITY OF BLACKFOOT, BINGHAM COUNTY, IDAHO, AS SHOWN ON THE OFFICIAL PLAT THEREOF.

2. <u>NAME OF BUYER:</u> Lucky Clover, LLC

3. <u>ACCOUNTING OF SALE PROCEEDS</u>:

   | | |
   |---|---:|
   | Total Sale Price | 105,000.00 |
   | County Taxes 2020 to 2021 | ( 4,132.70) |
   | Closing Costs | ( 914.25) |
   | Real Estate Commission | ( 6,300.00) |
   | Net Proceeds to Estate | $ <u>93,653.05</u>* |

*The net proceeds from the sale of real property are currently being held in trust, pending calculation and payment of capital gains taxes. Trustee and judgement creditor have agreement to split the remaining net proceeds of the sale 80% to the creditor, and 20% to this bankruptcy estate, see Docket No. 160.

Dated:     December 21, 2021

                                          /s/
                                          Gary L. Rainsdon, Trustee